# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, | |
| Plaintiff, | Case No. 2:17-cv-00567-GMN-GWF |
| vs. | **ORDER** |
| TARGET, CORPORATION, | |
| Defendants. | |

This matter is before the Court on Plaintiff's Notice of Withdrawal of Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 4), filed on March 2, 2017.  The Court will treat Plaintiff's Notice as a Motion to Withdraw for purposes of this order.  Accordingly, upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiff's Notice of Withdrawal of Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 4) is **granted**.  Plaintiff's Application to Proceed *In Forma Pauperis* is hereby deemed withdrawn.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **April 7, 2017** to pay the $400 filing fee in this case.  If the filing fee is paid, the Complaint (ECF No. 1-1) will be filed and the action may proceed.  If Plaintiff fails to pay the filing fee by that date, this case will be closed.

DATED this 9th day of March, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge