# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEVIN ZIMMERMAN,

    Plaintiff,

vs.

TARGET CORPORATION,

    Defendant.

Case No. 2:17-cv-00567-GMN-GWF

**ORDER**

On October 30, 2017, Plaintiff filed his motion for leave to file an amended complaint with his proposed amended complaint attached. ECF No. 26. On October 30, 2017, Plaintiff also filed his amended complaint. ECF No. 27. On November 13, 2017, Defendant filed its Opposition. ECF No. 29.

LR 7-2(g) states that "[a] party may not file supplemental pleadings, briefs, authorities, or evidence without leave of court granted for good cause. The judge may strike supplemental filings made without leave of court." The Court has not yet granted Plaintiff's motion for leave to file an amended complaint. Therefore, Plaintiff's amended complaint (ECF No. 27) must be stricken. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall strike Plaintiff's amended complaint (ECF No. 27), filed on October 30, 2017.

DATED this 17th day of November, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge