Sheri M. Thome, Esq.
Nevada Bar No. 008657
Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
chad.butterfield@wilsonelser.com
*Attorneys for Defendant Target Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual; | CASE NO.: 2:17-cv-00567-GMN-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| TARGET CORPORATION | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff KEVIN ZIMMERMAN, by and through his counsel of record, Whitney C. Wilcher, Esq. of the Wilcher Firm, and Defendant TARGET CORPORATION (hereinafter "Defendant"), by and through its counsel of record, Sheri M. Thome, Esq. and Chad C. Butterfield, Esq., of the law firm Wilson, Elser, Moskowitz, Edelman & Dicker LLP, that pursuant to F.R.C.P. 41(a), the above-referenced

/ / /

/ / /

/ / /

/ / /

/ / /

1326386v.1

action be dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs.

Dated this 6th day of June, 2018.

**THE WILCHER FIRM**

*/s/ Whitney C. Wilcher*
Whitney C. Wilcher, Esq.
Nevada Bar No. 007212
400 S. Fourth Street, Suite 500
Las Vegas, NV 89101
*Attorney for Plaintiff Kevin Zimmerman*

Dated this 6th day of June, 2018.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Chad C. Butterfield*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Chad C. Butterfield, Esq.
Nevada Bar No. 010532
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant Target Corporation*

## **ORDER**

Upon stipulation of the parties and for good cause shown, the above entitled action shall be dismissed in its entirety, with prejudice, all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated this __14__ day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

1326386v.1